FILED

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0091



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0091

JENNIFER CHRYSTAL BERRYMAN,

    Petitioner,

v.

CAPT. RAY VAUGHN, Sheriff, Butte-Silver
Bow Detention Center

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED February 9, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court